IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BERK, <br> BOP Register No. 43739-037, <br><br> *Plaintiff,* <br><br> V. <br><br> K. WIGGINS, ET AL., <br><br> *Defendants.* | § § § § § § § § § § § | Civil No. 3:18-cv-2301-X |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [Doc. No. 9]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 5th day of November 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE